

No. 12–0414/AR. U.S. v. David G. Spicer, Jr. CCA 20090608. Appellant's motion to postpone oral argument is denied.

No. 13–8002/AF. Timothy L. Merritt, Petitioner v. United States, and United States Air Force Court of Criminal Appeals, Respondents. On consideration of the petition for extraordinary relief in the nature of a writ of mandamus, it is ordered that Respondents show cause on or before September 28, 2012, why the requested relief should not be granted.

No. 12–8027/AR. Center for Constitutional Rights, et al., Appellants v. United States, and Colonel Denise Lind, Military Judge, Appellees. CCA 20120514. On consideration of the motion for leave to file a brief for *Amici Curiae* in support of the Appellants by the Reporters Committee for Freedom of the Press and 31 news media organizations, and the motion of Gregg P. Leslie, Esq., to appear pro hac vice on behalf of the *Amici Curiae*, it is ordered that said motions are hereby granted.